15509

GIBBES v. NATIONAL HOSPITAL SERVICE, INC.

(24 S. E. (2d), 513)

March,

. 1942.

* * * * *

308

310

*Mr. Carlisle Roberts,* of Columbia, Counsel for Appellant,

*Messrs. Williams & Busbee,* of Aiken, Counsel for Respondent,

Counsel for Appellant, in Reply Brief,

February 23, 1943.

*Per curiam.*

The Court is satisfied, from a careful study of. the questions presented by this appeal, that Judge Henderson correctly disposed of all issues involved in the case. For the reasons stated by him in his decree, which will be reported, the judgment of the Circuit Court is affirmed.

MR. CHIEF JUSTICE BONHAM, MESSRS. ASSOCIATE JUS-
TICES FISHBURNE and STUKES, and CIRCUIT JUDGE L. D.
LIDE, ACTING ASSOCIATE JUSTICE, concur.